BEFORE THE FIRST DIVISION FEBRUARY 11, 1948

**No. 52167.**—Tupman Thurlow Co., Inc. *v.* United States, protest 129272–K (Providence).

Opinion by COLE, J.   When the case was called for hearing it was submitted on an oral stipulation, the parties agreeing that 242 bales of wool consist in fact of "greasy Argentine wool, 44's grade, and that said wool at the time of importation, had a clean content yield of 65 per cent," as claimed by plaintiff.   The protest was sustained to the extent indicated.

BEFORE THE SECOND DIVISION, FEBRUARY 11, 1948

**No. 52168.**—Cluett Peabody & Co., Inc., et al. *v.* United States, protests 49095–K, etc. (New York).

Opinion by KINCHELOE, J.   Following the authorities cited in Abstract 15400 the court dismissed the protests.

**No. 52169.**—Eugene Dietzgen Co., Inc., et al. *v.* United States, protests 96091–K, etc. (New York).

Opinion by KINCHELOE, J.   Following the authorities cited in Abstract 15400 the court dismissed the protests.

**No. 52170.**—Robert Adler Co., Inc., et al. *v.* United States, protests 532999–G, etc. (New York).

Opinion by KINCHELOE, J.   Following the authorities cited in Abstract 15400 the court dismissed the protests.

**No. 52171.**—Best & Co., Inc., et al. *v.* United States, protests 611583–G, etc. (New York).

OPINION by KINCHELOE, J.   Following the authorities cited in Abstract 15400 the court dismissed the protests.

**No. 52172.**—Ellery Products Mfg. Co., Inc., et al. *v.* United States, protests 724463–G, etc. (New York).

Opinion by KINCHELOE, J.   Following the authorities cited in Abstract 15400 the court dismissed the protests.

**No. 52173.**—Hahn Department Stores Purch. Co. et al. *v.* United States, protests 737626–G, etc.   (Baltimore and Boston).

Opinion by KINCHELOE, J.   Following the authorities cited in Abstract 15400 the court dismissed the protests.